UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
WAYNE WELMON, Individually and
on Behalf of all others similarly
situated,

                Plaintiff,

      - against -

CHICAGO BRIDGE & IRON CO., N.V.,
GERALD M. GLENN, ROBERT B. JORDAN,
and RICHARD E. GOODRICH,

                Defendant.
-------------------------------------X

06 Civ. 1283

**ORDER**





    The above-captioned action having come before the Court, and defendants having submitted their Motions to Dismiss dated August 16, 2006, and plaintiffs having submitted a Response to said Motions dated October 6, 2006 and the Court having heard Oral Argument on said Motion on November 7, 2006, and the Court having considered all matters raised, it is

    **ORDERED** that, for the reasons stated on the record at the aforementioned Oral Argument, defendants' Motions to Dismiss shall be and hereby are denied; and it is further

    **ORDERED** that discovery relating to Class Certification in the above-captioned action shall be completed on or before January 29, 2007; and it is further

    **ORDERED** that all other discovery in the above-captioned action shall be stayed; and it is further

    **ORDERED** that plaintiffs shall file their Motion for Class Certification, not to exceed fifteen (15) pages, on or before January 30, 2007; and it is further

    **ORDERED** that defendants shall file their Response to said Motion, not to exceed twenty-five (25) pages, on or before March 1, 2007; and it is further

    **ORDERED** that plaintiffs shall file their Reply to defendants'

Response, not to exceed twenty-five (25) pages, on or before March 12, 2007; and it is further

**ORDERED** that oral argument on plaintiffs' Motion for Class Certification shall occur on April 17, 2007 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated:    New York, New York
         November 13, 2006

                                    _____
                                    John E. Sprizzo
                                    United States District Judge