UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE WELMON, Individually and on Behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHICAGO BRIDGE & IRON CO. N.V., GERALD M. GLENN, ROBERT B. JORDAN, and RICHARD E. GOODRICH,<br><br>            Defendants. | 06-CV-01283 (JES) |

**DECLARATION OF COLIN M. HUNTLEY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION BY DEFENDANTS CHICAGO BRIDGE & IRON CO. N.V. AND RICHARD E. GOODRICH**

I, COLIN M. HUNTLEY, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants Chicago Bridge & Iron Co., N.V. ("CB&I) and Richard E. Goodrich.

2. I submit this declaration in support of the Opposition to Plaintiffs' Motion for Class Certification by CB&I and Goodrich in the above-captioned action.

3. Attached hereto are true and correct copies of the following documents, which are referenced in the Defendants' Opposition to Plaintiffs' Motion for Class Certification.

| | |
|---|---|
| **EXHIBIT A.** | CB&I Press Release, dated Oct. 31, 2005 (Exhibit 99.1 to Form 8-K, dated Oct. 31, 2005). |
| **EXHIBIT B.** | CB&I Press Release, dated November 11, 2005 (Exhibit 99.1 to Form 8-K, dated Nov. 14, 2005). |
| **EXHIBIT C.** | Sanders Morris Harris Group Research Note, dated October 27, 2005. |
| **EXHIBIT D.** | Sidoti & Co. Report, dated October 31, 2005. |
| **EXHIBIT E.** | D.A. Davidson & Co. Report, dated October 31, 2005. |
| **EXHIBIT F.** | Fortis Investment Management N.V./S.A.'s Certification Pursuant to Federal Securities Laws, dated April 13, 2006. |
| **EXHIBIT G.** | Email from J. Gierveld to R. Stout, dated February 6, 2006, and certified translation of same by Language Innovations, LLC, dated March 28, 2007. |
| **EXHIBIT H.** | Metzler Investment GmbH's Certification Pursuant to Federal Securities Laws, dated April 12, 2006. |

2

| | |
|---|---|
| **EXHIBIT I.** | Transcript from the November 7, 2006 Motion to Dismiss Hearing in this matter. |
| **EXHIBIT J.** | Letter from Robert M. Roseman to John F. Batter III, dated February 2, 2007. |
| **EXHIBIT K.** | Mundy Note card from February 15, 2007 Deposition of Walter J. Mundy. |
| **EXHIBIT L.** | Metzler Ireland, Ltd. "General Power of Attorney (Class Actions)," dated January 3, 2006. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2007.

/s/ Colin M. Huntley_____
Colin M. Huntley