UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WAYNE WELMON, Individually and on Behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>CHICAGO BRIDGE & IRON CO. N.V., GERALD M. GLENN, ROBERT B. JORDAN, and RICHARD E. GOODRICH,<br><br>              Defendants. | Case No. 06-CV-01283 (JES)<br><br>ELECTRONICALLY FILED |

**NOTICE OF MOTION FOR FINAL APPROVAL
OF SETTLEMENT AND PLAN OF ALLOCATION
OF SETTLEMENT PROCEEDS**

To:    All Counsel:

PLEASE TAKE NOTICE, that upon the accompanying Joint Declaration of Robert M. Roseman, Mark S. Willis, and Barry A. Weprin in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds and Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses, dated May 28, 2008, and the exhibits thereto; the accompanying Plaintiffs' Memorandum in Support of Their Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; and all prior papers and proceedings herein, Lead Plaintiffs Fortis Investment Management N.A./S.A. and Metzler Investment GmbH and proposed Settlement Class Representative Walter J. Mundy, hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order: (i) granting final approval of the settlement of this litigation and dismissing it against Defendants with prejudice; and (ii) approving the Plan of Allocation of Settlement Proceeds.

Dated:  May 28, 2008

Respectfully submitted,

**SPECTOR ROSEMAN & KODROFF, P.C.**
/s/ Robert M. Roseman
Robert M. Roseman (RR-1103)
rroseman@srk-law.com
Jeffrey L. Kodroff
jkodroff@srk-law.com
David Felderman
dfelderman@srk-law.com
Daniel J. Mirarchi
dmirarchi@srk-law.com
Rachel E. Kopp
rkopp@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, Pa. 19103
(215) 496-0300

*Liaison and Co-Lead Counsel for Plaintiffs*

**COHEN MILSTEIN HAUSFELD  & TOLL P.L.L.C.**
Steven J. Toll (*pro hac vice*)
stolldc@cmht.com
Mark S. Willis (*pro hac vice*)
mwillis@cmht.com
Jason M. Leviton (*pro hac vice*)
jleviton@cmht.com
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

**MILBERG LLP**
Barry A. Weprin (BW-8637)
bweprin@milberg.com
Paul Andrejkovics (PA-2320)
pandrejkovics@milberg.com
One Pennsylvania Plaza
New York, NY  10119-0165
(212) 594-5300

*Co-Lead Counsel for Plaintiffs*